WILCOCK, Respondent, v. HEERMANCE, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Richard Wilcock against Edmond V. N. Heermance. No opinion. Motion for leave to appeal to the court of appeals denied.

WILLIAMS, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Thomas C. Williams against the Third Avenue Railroad Company. E. Treadwell, for appellant. S. H. Barton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WILMERDING v. DON et al. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by John G. Wilmerding against John B. Don and others. No opinion. Motion granted, with $10 costs.

WILSON et al., Respondents, v. CROSS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 25, 1898.) Action by J. Victor Wilson and Charles D. Wilson against Alonzo Cross and Frank E. Burch. No opinion. Order reversed on argument, with $10 costs and disbursements, and plaintiffs granted five days to serve answer in cross action.

WOOD, Respondent, v. CITY OF ELMIRA, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Viola May Wood against the city of Elmira. No opinion. Judgment and order affirmed, with costs.

WOOD v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Louisa A. Wood, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 53 N. Y. Supp. 163.

WOODCOCK, Appellant, v. ADLER VENEER SEAT CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1898.) Action by Nora Mary Woodcock against the Adler Veneer Seat Company. No opinion. Order affirmed, without costs.

WOOLEY, Respondent, v. PUELS, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1898.) Action by Milton T. Wooley against Joseph P. Puels. No opinion. Judgment and order affirmed, with costs.

In re YORK. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) In the matter of the application of Ervine D. York for admission to the bar. No opinion. Proof should be furnished that no application has been made in any other department.